No. 11–5371. COLON v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–5372. CATHCART v. CORRECTIONS CORPORATION OF AMERICA ET AL. Ct. App. Okla. Certiorari denied.

No. 11–5374. EDWARDS v. OREGON BOARD OF PAROLE AND POST-PRISON SUPERVISION. Ct. App. Ore. Certiorari denied.

No. 11–5375. NEWSOME v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–5376. JONES v. HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5377. WATKINS v. HAYNES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 11–5378. WILLIAMS v. SALAZAR, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5379. WEEKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5380. GODDARD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5383. THOMAS v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 11–5386. JOST v. UNITED STATES POSTAL SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–5387. LARSON v. ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 11–5388. LOVE v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–5389. PRAILEAU v. HOYE, ACTING JUDGE, SCHENECTADY COUNTY COURT, ET AL. Ct. App. N. Y. Certiorari denied.